IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 94-cv-00950-ZLW

ELDON HAYS, and
GRACE M. HAYS,

    Plaintiffs,

v.

STATE BANK OF WILEY,
HAROLD SMITH,
CARON BETHEL,
NORMAN L. ARENDS,
GARTH L. NIESCHBURG,
GEORGE McLACHLAN, ESQ.,
JOHNSON & McLACHLAN,
JOHN S. LEFFERDINK, ESQ.,
LEFFERDINK, DAVIS AND BULLOCK,
LEFFERDINK AND BULLOCK,
LARRY E. MOSHER,
LINDA J. MOSHER,
ARTHUR ESGAR,
FREDERICK ESGAR,
DAVID ESGAR,
JOHN EBERLY,
DENNIS SMITH,
JOHN GEHLHAUSEN, ESQ.,
JOHN GEHLHAUSEN, P.C.,
WINTER LIVESTOCK, INC.,
ROSE ANN YATES,
LICH, HEROLD AND MACKIEWICZ,
JOHN M. VODRA, ESQ.,
VICTOR J. LICH, ESQ.,
RESOLUTION TRUST CORPORATION,
RONALD FOSTER,
JAMES CHILDRESS,
JAMES HAMILTON,
JEFFREY FAYCOSH,
OTERO COUNTY, COLORADO,
PROWERS COUNTY, COLORADO,

JESSEE MANZANARES,
JOHN J. LEFFERDINK,
JIM MASON,
CHRIS JOHNSON, and
JOHN AND JANE DOES 1-100,

    Defendants.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: December 12, 2008

    It is ORDERED that the Ex Parte Motion For Issuance Of Transcript Of Judgment (Doc. No. 224; Dec. 5, 2008) is denied without prejudice pursuant to Fed. R. Civ. P. 11(a) due to a lack of an attorney's signature. The Court further notes that a request for "Transcript of Judgment" is properly made to the Clerk's Office rather than Chambers, and no Court order is required to obtain documentation relating to a prior judgment.